**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: **DALISA LYNETTE BENNETT,** DEBTOR. | CASE NO. 23-60533-SMS  CHAPTER 7 |
| **DALISA LYNETTE BENNETT,** PLAINTIFF, v. **YAMASA CO., LTD**, DEFENDANT. | ADVERSARY PROCEEDING NO. 23-05185-SMS |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the SUMMONS and COMPLAINT in the above-styled action via U.S. mail upon:

Yamasa Co., LTD
Corporation Service Company, *Registered Agent*
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Yamasa Co., LTD
PO Box 451027
Atlanta, GA 31145

Yamasa Co., LTD
7500 N Dobson Rd., Ste 300
Scottsdale, AZ 85256

Dated: November 21, 2023.

| | |
|---|---|
| Debt Freedom GA LLC<br>414 Pine Grove Ave.<br>Grayson, GA 30017<br>Phone: 404-913-6992<br>Email: brandon@honsalek.com | /s/ Brandon K. Honsalek<br>Brandon K. Honsalek<br>Georgia Bar No. 742962<br>*Attorney for Plaintiff* |